# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 7, 2006

127634

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TOMA DIONE BELL,
        Defendant-Appellant.

SC: 127634
COA: 248958
Oakland CC: 2002-186783-FC

_____/

On order of the Court, the application for leave to appeal the November 9, 2004 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REVERSE in part the judgment of the Court of Appeals, VACATE defendant's sentence and REMAND this case to the Oakland Circuit Court for resentencing in accordance with *People v Johnson* (Docket No. 127525), ___ Mich ___ (2006) and *People v Babcock*, 469 Mich 247 (2003).

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 7, 2006

_____
Clerk

s0531